United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT
9          FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
11   YEVGENY DUBINSKY,                    No. C 12-02765 CRB
12          Plaintiff,                    **ORDER TO SHOW CAUSE**
13     v.
14   CHEVY CHASE BANK,
15          Defendant.
     _____/
16
17          Defendant Deutsche Bank moved to dismiss Plaintiff Yevgeny Dubinsky's case on
18   August 21, 2012. <u>See</u> dkt. 10. Plaintiff's opposition to that motion was due not more than
19   fourteen days thereafter. <u>See</u> Civil Local Rule 7-3. Plaintiff has failed to timely file an
20   opposition. Accordingly, Plaintiff is ORDERED to show cause by <u>5:00 p.m. on Tuesday,</u>
21   <u>October 9, 2012</u> why his case should not be dismissed for failure to prosecute. Failure to
22   respond to this Order could lead to the dismissal of Plaintiff's case in its entirety.
23          **IT IS SO ORDERED.**
24
25   Dated: October 5, 2012          _____
                                     CHARLES R. BREYER
26                                   UNITED STATES DISTRICT JUDGE
27
28

G:\CRBALL\2012\2765\osc.wpd

United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28