IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YEVGENY DUBINSKY,<br><br>    Plaintiff,<br><br>v.<br><br>CHEVY CHASE BANK,<br><br>    Defendant.<br>_____/ | No. C 12-02765 CRB<br><br>**ORDER TO SHOW CAUSE** |

    Defendant Deutsche Bank moved to dismiss Plaintiff Yevgeny Dubinsky's case on August 21, 2012.  See dkt. 10.  Plaintiff's opposition to that motion was due not more than fourteen days thereafter.  See Civil Local Rule 7-3.  Plaintiff has failed to timely file an opposition.  Accordingly, Plaintiff is ORDERED to show cause by 5:00 p.m. on Tuesday, October 9, 2012 why his case should not be dismissed for failure to prosecute.  Failure to respond to this Order could lead to the dismissal of Plaintiff's case in its entirety.

    **IT IS SO ORDERED.**

Dated: October 5, 2012

                                                    CHARLES R. BREYER<br>                                                  UNITED STATES DISTRICT JUDGE