IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YEVGENY DUBINSKY,<br><br>    Plaintiff,<br><br>  v.<br><br>CHEVY CHASE BANK,<br><br>    Defendant. | No. C 12-02765 CRB<br><br>**ORDER DISMISSING CASE** |

Plaintiff Yevgeny Dubinsky failed to timely file an opposition to Defendant Deutsche Bank's motion to dismiss, and so this Court ordered Plaintiff to show cause by 5:00 p.m. on Tuesday, October 9, 2012 why his case should not be dismissed for failure to prosecute. See OSC (dkt. 22). The Court warned that "[f]ailure to respond to this Order could lead to the dismissal of Plaintiff's case in its entirety." Id. Plaintiff did not respond to the Court's Order. Accordingly, Plaintiff's case is DISMISSED pursuant to Federal Rule of Civil Procedure 41(b) for failure to prosecute.

**IT IS SO ORDERED.**

Dated: October 10, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\2765\order dismissing.wpd