IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

YEVGENY DUBINSKY,  No. C 12-02765 CRB

    Plaintiff,  **JUDGMENT**

 v.

CHEVY CHASE BANK,

    Defendant.

_____/

    Having dismissed Plaintiff Yevgeny Dubinsky's case for failure to prosecute, the Court hereby enters judgment for Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: October 10, 2012      CHARLES R. BREYER
    UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\2765\judgment.wpd