IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YEVGENY DUBINSKY,<br><br>    Plaintiff,<br><br>  v.<br><br>CHEVY CHASE BANK,<br><br>    Defendant. | No. C 12-02765 CRB<br><br>**JUDGMENT** |

Having dismissed Plaintiff Yevgeny Dubinsky's case for failure to prosecute, the Court hereby enters judgment for Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: October 10, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\2765\judgment.wpd