IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

YEVGENY DUBINSKY,

    Plaintiff,

  v.

CHEVY CHASE BANK,

    Defendant.

No. C 12-02765 CRB

**JUDGMENT**

    Having granted Defendants' Motion to Dismiss with prejudice, the Court hereby enters judgment for Defendants and against Plaintiff.

    **IT IS SO ORDERED.**

Dated: October 19, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\2765\judgment 2.wpd